No. 674. EDWARD N. MITTLE *v.* STATE OF SOUTH CAROLINA. Error to the Supreme Court of the State of South Carolina. Motion to dismiss submitted November 27, 1922. Decided December 4, 1922. *Per Curiam.* Dismissed for want of jurisdiction. Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Charles A. Douglas, Mr. Hugh H. Obear* and *Mr. Cole L. Blease* for plaintiff in error. *Mr. Samuel M. Wolfe* for defendant in error. [See *post,* 744.]

---

No. 18, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. December 11, 1922. Order entered authorizing payments to counsel and to the receiver, and to charge the same as expenses of the receivership.

---

No. 153. JOHN BARTON PAYNE, DIRECTOR GENERAL OF RAILROADS, ETC., *v.* A. E. STEVENS ET AL. Error to the Supreme Court of the State of Mississippi. Submitted December 5, 1922. Decided December 11, 1922. *Per Curiam.* Dismissed for want of jurisdiction. Act of February 8, 1899, c. 121, 30 Stat. 822; *Le Crone* v. *McAdoo,* 253 U. S. 217, 219. *Mr. Gregory L. Smith* for plaintiff in error. *Mr. J. B. Harris* for defendants in error.